UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-01670-ODW(DTBx) | Date | September 9, 2015 |
|---|---|---|---|
| Title | Patricia Stewart, D.O. v. American Association of Physician Specialists, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:** **(IN CHAMBERS)** Order Vacating Hearing on MOTION for Summary Judgment [**236**] and [**237**]

  The hearing on the above-referenced MOTIONS, scheduled for September 14, 2015 at 1:30 P.M., are hereby **VACATED** and taken off calendar. No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |